John M. Naylor
Nevada Bar No. 5435
Jennifer L. Braster
Nevada Bar No. 9982
MAUPIN • NAYLOR • BRASTER
1050 Indigo Drive, Suite 112
Las Vegas, NV 89145
(t) (702) 420-7000
(f) (702) 420-7001
jnaylor@naylorandbrasterlaw.com
jbraster@naylorandbrasterlaw.com

Attorneys for Defendant
Midland Credit Management, Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Kamiliha Brewster,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>Midland Credit Management, Inc.,<br><br>　　　　　　Defendant. | Case No. 2:16-cv-01943-RFB-PAL<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANT MIDLAND CREDIT MANAGEMENT, INC.'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)**<br><br>Complaint filed: August 15, 2016 |

///
///
///
///
///
///
///
///
///

MAUPIN • NAYLOR • BRASTER
ATTORNEYS AT LAW
1050 Indigo Drive, Suite 112
Las Vegas, NV 89145
(702) 420-7000

It is hereby stipulated by and between Plaintiff Kamilia Brewster ("Plaintiff"), through her attorney Michael Kind, and Defendant Midland Credit Management, Inc. ("Midland"), through its attorneys, the law firm of Maupin Naylor Braster, as follows:

Plaintiff filed her Complaint on August 15, 2016.  Midland was served on September 2, 2016.  The deadline for Midland to respond to the Complaint is currently September 22, 2016.  Midland requested an extension for its time to respond, and Plaintiff agreed to that request.  Plaintiff and Midland stipulate and agree that Midland shall have until October 14, 2016, to file its responsive pleading.  This is Midland's first request for an extension of time to respond to the Complaint and is not intended to cause any delay or prejudice to any party.

DATED this 21st day of September 2016.

| KAZEROUNI LAW GROUP, APC | MAUPIN • NAYLOR • BRASTER |
|---|---|
| By: */s/ Michael Kind*<br>Michael Kind<br>Nevada Bar No. 13903<br>7854 W. Sahara Avenue<br>Las Vegas, NV 89117<br><br>*Attorneys for Plaintiff Kamiliha Brewster* | By: */s/ John M. Naylor*<br>John M. Naylor<br>Nevada Bar No. 5435<br>Jennifer L. Braster<br>Nevada Bar No. 9982<br>1050 Indigo Drive, Suite 112<br>Las Vegas, NV 89145<br><br>*Attorneys for Defendant Midland Credit Management, Inc.* |

**ORDER**

IT IS ORDERED THAT Midland Credit Management, Inc.'s time to respond to Plaintiff's Complaint shall be extended to on or before October 14, 2016.

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE

DATED this 26th day of September, 2016.