Michael Kind, Esq.
Nevada Bar No. 13903
**KAZEROUNI LAW GROUP, APC**
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
mkind@kazlg.com
*Attorneys for Plaintiff Kamiliha Brewster*

\\

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Kamiliha Brewster,<br><br>                    Plaintiffs,<br>v.<br><br>Midland Credit Management, Inc.,<br><br>                    Defendant. | Case No.: 2:16-cv-01943-RFB-PAL<br><br>**Notice of Settlement** |

## NOTICE

The dispute between Plaintiff Kamiliha Brewster ("Plaintiff") and Defendant Midland Credit Management, Inc. ("Defendant") has been resolved on an individual basis.

///

///

///

///

///

Plaintiff anticipates filing dismissal documents as to Plaintiff's claims against Defendant, with prejudice, within 60 days—on or before July 3, 2017.

DATED this 4th day of May 2017.

Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
    Michael Kind, Esq.
    7854 W. Sahara Avenue
    Las Vegas, NV 89117
    *Attorneys for Plaintiff*

**IT IS ORDERED** that the settling parties shall have until **July 4, 2017**, to either file their stipulation to dismiss, or a joint status report indicating when the stipulation will be filed.

Dated: May 5, 2017

_____
Peggy A. Leen
United States Magistrate Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on May 4, 2017, the foregoing Notice of Settlement was served via CM/ECF to all parties appearing in this case.

**Kazerouni Law Group, APC**

By: /s/ Michael Kind
  Michael Kind
  7854 W. Sahara Avenue
  Las Vegas, NV 89117