John M. Naylor
Nevada Bar No. 5435
Jennifer L. Braster
Nevada Bar No. 9982
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(t) (702) 420-7000
(f) (702) 420-7001
jnaylor@naylorandbrasterlaw.com
jbraster@naylorandbrasterlaw.com

Attorneys for Defendant
Midland Credit Management, Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Kamiliha Brewster, | Case No. 2:16-cv-01943-RFB-PAL |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| Midland Credit Management, Inc., | |
| Defendant. | |

/ / /

/ / /

/ / /

/ / /

/ / /

NAYLOR & BRASTER
ATTORNEYS AT LAW
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(702) 420-7000

It is hereby stipulated by and between Plaintiff Kamiliha Brewster ("Plaintiff"), through her attorney Michael Kind, Esq., and Defendant Midland Credit Management, Inc. ("Midland"), through its attorney, John M. Naylor, Esq., that this action be dismissed with prejudice, each party to bear their own fees and costs.

DATED this 22nd day of May, 2017.

KAZEROUNI LAW GROUP, APC

By: */s/ Michael Kind*
Michael Kind
Nevada Bar No. 13903
7854 W. Sahara Avenue
Las Vegas, NV 89117

*Attorneys for Plaintiff Kamiliha Brewster*

NAYLOR & BRASTER

By: */s/ John M. Naylor*
John M. Naylor
Nevada Bar No. 5435
Jennifer L. Braster
Nevada Bar No. 9982
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145

*Attorneys for Defendant Midland Credit Management, Inc.*

## **ORDER**

IT IS ORDERED THAT the case is dismissed with prejudice, each party to bear its own fees and costs.

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this __26th__ day of __May__ 2017.